# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO: CV07-345-N-EJL |
| **Plaintiff,** | |
| vs. | JUDGMENT |
| **LUIS PADILLA,** | |
| **Defendant.** | |

Based upon this Court's Memorandum Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Personal in Federal Custody (Docket No. 1) is granted and Civil Case 07-345-N-EJL shall be terminated. The Court shall issue an amended judgment reducing the term of imprisonment in Criminal Case No. 05-276-N-EJL.

DATED: **July 30, 2008**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - PAGE 1